## UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia - Savannah Division

U.S. DISTRICT COURT *FILED* SAVANNAH DIV.

JUL -8 2015

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Maximigo Luna Ortega | ) Case No: 4:13-CR-00120-1 |
|  | ) USM No: 18166-021   SO. DIST. *GA* |
| Date of Original Judgment: **November 13, 2013** | ) Matthew K. Hube |
| Date of Previous Amended Judgment: **Not Applicable** | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* |  |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment*

84 months (the sentence as to Count 8 is reduced to 24
months, and the sentence as to Count 4 remains at 60 months,
*issued)* of __90__ months **is reduced to** to be served consecutively) _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __November 13, 2013,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __*July 8, 2015*__

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: __November 1, 2015__
*(if different from order date)*                    *Printed name and title*